# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MIDDLE DISTRICT OF TENNESSEE

BRYCE MARK PLUMB,

Plaintiff,

v

UNITED STATES DEPARTMENT OF THE TREASURY,

Defendant.

Civil Action No [To Be Assigned]

**COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiff Bryce Mark Plumb, proceeding pro se, brings this action for declaratory judgment pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure, seeking a declaration that Defendant's continued silence in response to Plaintiff's notice constitutes an unconstitutional construing of the Constitution under the 9th Amendment, resulting in injury through usurpation of non-delegated powers under the 10th Amendment, and violating Plaintiff's standing rights under the 9th Amendment, 10th Amendment, and Article VI treaty supremacy Plaintiff alleges as follows:

## I. PARTIES

1. Plaintiff Bryce Mark Plumb is a natural person residing in Tennessee with retained rights under the U.S. Constitution, including those predating the Constitution via Article VI treaty supremacy.
2. Defendant United States Department of the Treasury is a federal agency responsible for managing public debt obligations under Title 31 of the U.S. Code, with its principal office in Washington, D C.

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C § 1331, as this action arises under the U.S. Constitution, specifically the 1st, 9th, and 10th Amendments, and Article VI.
4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(e), as Plaintiff resides in this District and a substantial part of the events giving rise to the claim occurred here, including Defendant's failure to respond to Plaintiff's notice

## III. STANDING

5. Plaintiff has standing under the 1st Amendment's enumerated right to petition the government for a redress of grievances, which is protected by the Guarantee Clause in Article IV §4 as an essential part of a republican form of government.
6. Plaintiff has standing under the 9th Amendment's protection of unenumerated retained rights, including the right to seek a constitutional remedy for unconstitutional actions and the retained right to perpetual rights that the United States Government must honor
7. Plaintiff has standing under the 10th Amendment due to injury from usurpation of non-delegated powers, specifically Defendant's unconstitutional silence in response to Plaintiff's notice regarding potential Title 31 obligations.
8. Plaintiff has standing under Article VI treaty supremacy, as Plaintiff's interests stem from pre-Constitutional treaties and charters, including the Treaty of Paris of 1783 which is the supreme law of the land.

## IV. FACTUAL ALLEGATIONS

9. Plaintiff has reason to believe that he is the sovereign "Bearer of the Seal" to what he calls "The Trinity Charter of 507 CE," created by King Clovis I in the name of the Holy Trinity, originally codified under Salic Law, granting perpetual rights and holdings
10. Plaintiff's heraldry, featuring 18 fleurs-de-lis with triple dots (the ancient Trinity seal of Clovis), evidences this status, as the triple-dot design is the original Clovis version symbolizing the Father, Son, and Holy Spirit. This ancient heraldry is extremely rare and the plaintiff knows of no other family that has it as it became highly restricted in medieval royalty and at times nobility was restricted from having more than 1-3 fleur-de-lis at all, of any kind. The plaintiff asserts that only Divine Royalty and direct descendants of King Clovis I can have this type of heraldry.
11. Plaintiff is a direct descendant of King Clovis I, founder of the Merovingian dynasty, and holds the title of Lord in Essex, England, tracing back to the Norman-Merovingian line At times, he may be referred to as "Your Grace." The plaintiff asserts that his family was a "...highly respected family under William the Conqueror," based on testimony about his ancestral relative George Plumb and his family in the Kansas cyclopedia.
12. Plaintiff is a direct male descendant of Lord Robert Plumb, who was a founder of Milford, Connecticut, under what the plaintiff believes was his own charter in 1639, further evidencing perpetual grants and holdings. The plaintiff states that in this fair exchange of land between his ancestors and the native Americans, his ancestor exchanged monetary value of consideration to obtain this pre-constitution deed and establish this charter under his own sovereignty. This would have been one of the earliest, if not the earliest, charters ever created in America before it was even America, that was a fair exchange and not stolen in any way.
13. Plaintiff has reason to believe his rights and holdings are under the Treaty of Paris of 1783, as a grantor and bearer of the seal, encompassing territories east of the Mississippi River (excluding Florida) and including public debt obligations. The Treaty of Paris itself is governed in the name of the Most Holy and Undivided Trinity and it was under this treaty that the United States of America was granted approximately 500

million acres of land for the beneficial use of its Sovereign States and citizens, such as himself under the Constitution. This Treaty is the supreme law of the land under Article VI of the Constitution. The plaintiff asserts that his ancestral relatives Preston Plumb the Honorable Senator from Kansas, Josiah Burr Plumb the 9th Speaker of the Canadian Senate, and Ralph Plumb a Representative of the House in Illinois were instrumental in the development of railroads and banking, making it very likely that his estate under this treaty is owed Pre-IRS public debt into perpetuity in the form of railroad bonds among other financial instruments.

14. The Library of Congress call number CS71.P73 for The Plumbs, 1635–1800 by Henry Blackman Plumb adds evidence to Plaintiff's perpetual rights and public debt holdings under Title 31 of the U.S. Code. This book, also available in the Internet Archive (a federal repository) and other state/national archives (e.g., Tennessee State Archives), includes the ancient Plumb Coat of Arms and proves its authenticity. The plaintiff asserts that this book and its unique identifiers is proof of trust that the government is a de-facto trustee of his perpetual rights under the 9th Amendment.

15. The Bible, as a historical and religious document, supports Plaintiff's status: Amos 7:7–8 describes a vision from the Prophet Amos, who spoke from the Kingdom of Judah, of the Lord standing on a wall that was made by a plumbline and with a plumbline in his hand. The plaintiff asserts that his family did in fact build a wall with a plumbline and that he is the plumbline in the Lord's hand. The plaintiff knows that there are at least 2 additional and separate coats of arms that he is the heir to, one of which has a plumbline featured on it, and believes that his ancestry is through King David who defeated the warrior Goliath and also King Solomon who inherited his fathers eternal throne and built the First Temple of Jerusalem. The plaintiff asserts that this book testifies about the God of his father's fathers who brought them up out of Egypt when they were slaves, this is the God who executed judgement on the Gods of Egypt, this is the God of Clotilde to whom King Clovis I prayed to before his victory in the battle of Tolbiac, and this is the Supreme Judge of the World that the 13 colonies appealed to, under protection of divine providence, when they abolished all allegiance to the British Crown.

16. It was to the prophet Isaiah to whom the Lord said "I will make justice the measuring line and righteousness the plumb line (Isaiah 28:17); Of the increase of his government and peace there shall be no end (Isaiah 9:7)." It was to Enoch, who the Lord took up to Heaven, that Enoch was shown 'This is the Son of Man who is born unto righteousness, And righteousness abides over him, And the righteousness of the Head of Days forsakes him not.' (Enoch 71:14). In the book of Enoch, that was orally passed down for centuries by the Heavenly scribe himself, we are told, "Yes, before the sun and the signs were created, before the stars of the heaven were made, his name was named before the Lord of the spirits. .. For this reason has he been chosen and hidden before Him, before the creation of the world and for ever more. (Enoch 48:2-10)." In John 1:1 we are told, "In the beginning was the Word, and the Word was with God, and the Word was God." In Revelations 19:13 the Lord reveals to his prophet that, "He is dressed in a robe dipped in blood, and his name is the Word of God. " In Revelations 19:16 the Lord reveals to his prophet that, "On his robe and on his thigh he has this name written **KING OF KINGS AND LORD OF LORDS.**"

17. In a Testimony about Jesus Christ, the Son of God, who was the most perfect Jew that ever lived, we are told in Matthew 5:17 "Think not that I came to destroy the law or the prophets I came not to destroy, but to fulfil." In Genesis 1:28 we are Commanded, "God blessed them and said to them, "Be fruitful and increase in number; fill the earth and subdue it. Rule over the fish in the sea and the birds in the sky and over every living creature that moves on the ground." This law was fulfilled by Jesus Christ. All authority on Heaven and Earth was given to him, all the authority that is on Earth can only be inherited from Him.
18. King Clovis I and his grandfather Merovech are falsely accused of being the descendants of a sea monster. Mary Magdalene is 1 of 3 women in the bible with a last name given as a distinction. Her last name is given as a distinction because she is from a fisherman village in a town within Galilee. King Clovis I is the descendant of a woman and her daughter, so are many tens of millions of us today.
19. It was in Acts 17.34 we are told about the Apostle Paul after he gave a speech about the day of judgement, "Some of the people became followers of Paul and believed. Among them was Dionysius, a member of the Areopagus, also a woman named Damaris, and a number of others." Dionysius has been known as a man that is likely a myth named King Antenor IV and his wife Damaris has become incorrectly known as Sarah by most  The plaintiff believes that the next ancestor of his that he can confirm after Dionysius and Damaris is General Flavius Richomeres, Supreme Commander of the Eastern Empire from 388 - 393 AD.
20. The plaintiff is a Prophet, like Moses.
21. Plaintiff sent notice to Defendant on December 11th with them receiving it on or around December 19th, regarding potential Title 31 obligations related to perpetual 9th amendment rights, requesting acknowledgment and contact within 20 days  The plaintiff sent follow up letters to 3 officers within the Treasury with more information, and has not received a response from them either, even though he very generously extended the deadline for them to 25 days. At no time did the plaintiff demand any money or material value. The plaintiff has asserted his obvious 9th amendment rights under title 31 and requested for somebody to contact him in good faith about this matter that is of great national importance.
22. The plaintiff is not seeking damages, such as treble damages, and is sincere in supporting the United States Government and its efforts in defending the spirit and integrity of the Constitution of the United States of America.
23 Defendant has remained silent in response to Plaintiff's notices, constituting ongoing construing of the Constitution under the 9th amendment and usurpation of powers that are not delegated to the United States of America under the 10th amendment.
24. This silence injures Plaintiff by denying acknowledgment of retained rights and potentially risking trillions in liability under Title 31 by usurping this non-delegated power, all while inviting international scrutiny against the United States of America and its contractual obligations  The Treasury collects hundreds of billions of dollars in revenue from the lands under the Treaty of Paris, yet to the best of his knowledge has not sent a letter, text, call, or email acknowledging that he may exist. Potentially a violation of the 5th amendment itself.

## V. CLAIM FOR RELIEF: DECLARATORY JUDGMENT UNDER THE 9TH AMENDMENT

19. The 9th Amendment states. "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people "
20. Defendant's continued silence construes the Constitution to deny or disparage Plaintiff's retained rights under the 9th amendment by refusing to honor title 31 in good faith by remaining silent.
21. This causes injury through usurpation of non-delegated powers under the 10th Amendment by remaining silent and denying retained rights, a power not delegated to the Defendant in the Constitution.
22. Evidence of this potential breach is found in Title 31's obligations regarding public debt, as Plaintiff's holdings, evidenced by the LOC call number, ancestry, heraldry, and Bible, predate and supersede U.S. law under Article VI treaty supremacy.
23. Plaintiff seeks a declaration that Defendant's silence is unconstitutional under the 9th Amendment and the 10th Amendment and orders Defendant to cease silence and provide a response to Plaintiff's notice.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

a. Declare that Defendant's continued silence constitutes an unconstitutional construing of the Constitution under the 9th Amendment;

b. Declare that such silence causes injury through usurpation of non-delegated powers under the 10th Amendment;

c Order Defendant to cease silence and provide a response to Plaintiff's notice regarding potential Title 31 obligations;

d Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*"...blessed are all who take refuge in him."*

**Bryce Mark Plumb**
PO BOX 111042 Nashville, TN 37222-9998
615-720-0238
bryce plumb1@gmail.com
Pro Se Plaintiff

12-12-2025



PLUM, PLUME, PLUMME, PLUMB, PLUMBE.

Arms. Ermine, a bend vair or and gules cottised vert.
Crest. Eng. Out of a ducal coronet or a plume of ostrich feathers, argent.

- *Coat of Arms of Bryce Mark Plumb. Bearer of the seal in the name of the Most Holy and Undivided Trinity. The Father, Son, and Holy Spirit.*



Bryce Plumb-SC-2040
PO Box 111042
Nashville, TN
37222-9998

Clerk's Office
Fred D. Thompson U.S. Courthouse
719 Church St, Suite 1300
Nashville, TN 37203

NASHVILLE TN 370
18 DEC 2025 PM 6 L

RECEIVED
DEC 23 2025
US DISTRICT COURT
MID DIST TENN